

# Fourth Court of Appeals
## San Antonio, Texas

May 27, 2021

No. 04-20-00595-CV

**INTEREST OF J.R.H., A.M.G., AND A.J.G., CHILDREN**

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 24205
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

Appellee's Motion to Dismiss is hereby DENIED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of May, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court